IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LANIEKA SPIKES, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 9:18-CV-122 |
| TLG RESTAURANTS, LLC/THE LEWIS IZU GROUP RESTAURANTS, LLC d/b/a JACK IN THE BOX, | § | |
| *Defendant*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The court has received Judge Hawthorn's report on January 9, 2020, which recommends denying TLG's Motion for Summary Judgment. [Dkt. #37]. Neither party has filed any objections to Judge Hawthorn's report and recommendation, and the time for so doing has passed.

In accordance with 28 U.S.C. § 636(b) the court conducted a *de novo* review of the Magistrate Judge's findings, the record, and the applicable law in this proceeding. After review, the court finds that Judge Hawthorn's findings and recommendations should be accepted.

Accordingly, the court **ORDERS** that the Magistrate Judge's report and recommendation [Dkt. #37] is **ADOPTED** and that Defendant TLG's Motion for Summary Judgment [Dkt. #24] is **DENIED**.

So **ORDERED** and **SIGNED** January 16, 2020.

_____
Ron Clark, Senior District Judge

1